LZ:JPK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DAVID HARDY,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

REMOVAL TO THE DISTRICT OF OREGON

(Fed. R. Crim. P. 5)

Case No. 26-MJ-212

EASTERN DISTRICT OF NEW YORK, SS:

Bryan Demberger, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation duly appointed according to law and acting as such.

On or about October 21, 2021, the United States District Court for the District of Oregon issued a warrant for the arrest of the defendant DAVID HARDY for violations of Title 18, United States Code, Section 1343 (wire fraud).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. On or about October 21, 2021, a grand jury in the District of Oregon returned an indictment charging the defendant DAVID HARDY with violations of Title 18, United States Code, Section 1343 (wire fraud). A true and correct copy of the Indictment is attached as Exhibit 1.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

2. In connection with the Indictment, on or about October 21, 2021, the United States District Court for the District of Oregon issued a warrant (the "Arrest Warrant") for the arrest of the defendant DAVID HARDY. A true and correct copy of the Arrest Warrant is attached as Exhibit 2.

3. On or about June 17, 2026, the defendant DAVID HARDY was arrested in Côte d'Ivoire, by law enforcement officials of that country. HARDY then went through extradition proceedings and was ordered removed to the United States. On November 21, 2026, HARDY entered into custody of U.S. law enforcement officers, and was removed to the United States.

4. When HARDY entered United States custody, he confirmed to law enforcement agents his name, which matches the name of the defendant DAVID HARDY wanted in the District of Oregon. Law enforcement also reviewed the passport of the individual, and the name and the picture on the passport both matched the defendant DAVID HARDY. Separately, law enforcement also reviewed a different picture of DAVID HARDY from a U.S. Customs and Border Patrol database, and that picture also matched the individual who was in custody.

5. Based on the foregoing, I submit there is probable cause to believe that the defendant is DAVID HARDY who is wanted in the District of Oregon.

WHEREFORE, your deponent respectfully requests that the defendant DAVID HARDY be removed to the District of Oregon so that he may be dealt with according to law.

Bryan Demberger
Special Agent, Federal Bureau of Investigation

Sworn to before me this
23rd day of November, 2026

[redacted]

THE HONORABLE CLAY H. KAMINSKY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# Exhibit 1

FILED 21 OCT '21 14:01 USDC-ORE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:21-cr-**00410-MC |
| **v.** | **INDICTMENT** |
| **DAVID HARDY,** | **18 U.S.C. § 1343** |
| **Defendant.** | **Forfeiture Allegation** |
| | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**COUNTS 1-3**
**(Wire Fraud)**
**(18 U.S.C. § 1343)**

1. Beginning in or about September 2020 and continuing through in or about October 2020, in the District of Oregon, Defendant **DAVID HARDY** did knowingly devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, promises, and omissions of material facts.

### *Manner and Means and Scheme to Defraud*

2. It was part of the scheme that Defendant created an account on the online dating site Plenty of Fish.

3. It was part of the scheme that Defendant established an online relationship with Adult Victim 1 (AV1). Defendant claimed to be a 68-year-old Finnish citizen who lived in Bend, Oregon. Defendant could not meet with AV1, however, because he stated he was traveling to Maryland and then Mexico.

4. Defendant told AV1 that he had a grandson who had been kidnapped by the Mexican drug cartel. Defendant told AV1 he needed money to ensure his grandson's release. Defendant claimed to have $6 million in gold bars, but needed AV1 to cover various fees required to ship and sell the gold.

5. It was part of the scheme that Defendant told AV1 not to contact law enforcement because the cartel would kill his grandson if she did so.

6. Based on these material misrepresentations, between September 14 and October 26, 2020, AV1 wired over $707,000 to two separate bank accounts. Both bank account owners reported that they were also in online relationships and were moving money for those individuals.

### *Execution of the Scheme to Defraud*

7. On or about the dates set forth below in each Count, in the District of Oregon, Defendant **DAVID HARDY**, having devised and intending to devise the material scheme to defraud described herein, and for the purpose of executing or attempting to execute the above-described material scheme to defraud and for obtaining money and property by means

of materially false and fraudulent pretenses, representations, promises, and omissions of material facts, knowingly transmitted and caused to be transmitted by means of wire communications in interstate and foreign commerce certain sounds, signals, and writings, either sent from or received within the District of Oregon, to wit:

| COUNT | DATE | WIRE COMMUNICATION |
|---|---|---|
| 1 | September 14, 2020 | Interstate wire transfer totaling $20,000 from a financial account of Adult Victim 1 in Oregon to a bank account in Texas. |
| 2 | September 28, 2020 | Interstate wire transfer totaling $100,000 from a financial account of Adult Victim 1 in Oregon to a bank account in Texas. |
| 3 | September 29, 2020 | Interstate wire transfer totaling $150,000 from a financial account of Adult Victim 1 in Oregon to a bank account in Delaware. |

All in violation of Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATION

8. Upon conviction of the offenses alleged in Counts 1 through 3 of this indictment, defendant **DAVID HARDY** shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the said violation.

9. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

Dated: October 21, 2021

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

GAVIN W. BRUCE, OSB# 113384
Assistant United States Attorney

# Exhibit 2

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Oregon

United States of America
v.

David Hardy,

*Defendant*

Case No. 6:21-cr- 00410 - MC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* David Hardy,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Wire Fraud, in violation of 18 U.S.C. § 1343

Date: 10/21/21

*Issuing officer's signature*

City and state: Eugene, Oregon

Mustafa T. Kasubhai, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ________ , and the person was arrested on *(date)* ________
at *(city and state)* ________ .

Date: ________

*Arresting officer's signature*

*Printed name and title*

·6-21-cr-410-mc

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: David Hardy

Known aliases: ______

Last known residence: Ghana

Prior addresses to which defendant/offender may still have ties: ______

Last known employment: ______

Last known telephone numbers: ______

Place of birth: ______

Date of birth: 02/21/1987

Social Security number: ______

Height: ______ Weight: ______

Sex: ______ Race: ______

Hair: ______ Eyes: ______

Scars, tattoos, other distinguishing marks: ______

History of violence, weapons, drug use: ______

Known family, friends, and other associates *(name, relation, address, phone number)*: ______

FBI number: ______

Complete description of auto: ______

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: ______